# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 24, 2014

Lyle W. Cayce
Clerk

No. 13-60828
Summary Calendar

JOSE EFREN SANCHEZ RAMIREZ, also known as Daniel Flores,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A041 936 430

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.
PER CURIAM:[*]

Jose Efren Sanchez Ramirez, a native and citizen of Mexico, petitions this court for review of an order of the Board of Immigration Appeals (BIA) dismissing an appeal from an immigration judge's (IJ) decision denying his request for a waiver of inadmissibility under former Immigration and Nationality Act § 212(c), 8 U.S.C. § 1182(c). Although Sanchez Ramirez attempts to phrase his arguments in legal and constitutional terms, he is, in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

essence, seeking review of the discretionary denial of § 212(c) relief. The discretionary denial of relief under § 212(c) does not present a question of law or a constitutional claim over which this court has jurisdiction. *Delgado-Reynua v. Gonzales*, 450 F.3d 596, 599-600 (5th Cir. 2006); *Marquez-Marquez v. Gonzales*, 455 F.3d 548, 560-61 (5th Cir. 2006). Therefore, we lack jurisdiction to review Sanchez Ramirez's challenge to the BIA's decision dismissing his appeal of the IJ's denial of his application for § 212(c) relief.

The petition for review is DISMISSED.